The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SNOHOMISH COUNTY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLIED WORLD NATIONAL ASSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | NO.  2:16-cv-00063-MJP<br><br>DEFENDANT ARROWOOD INDEMNITY COMPANY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1, by and through its counsel, Defendant Arrowood Indemnity Company is a wholly-owned subsidiary of Arrowpoint Group, Inc., a Delaware corporation, which itself is a wholly-owned subsidiary of Arrowpoint Capital Corp., a Delaware corporation.  No publicly held corporation owns more than ten percent (10%) of Arrowpoint Capital Corp.'s stock.

///
///
///
///
///

DEFENDANT ARROWOOD INDEMNITY COMPANY'S RULE 7.1
CORPORATE DISCLOSURE STATEMENT - 1
No. 2:16-cv-00063-MJP
82770999v2

**Sedgwick, LLP**
520 Pike St, Ste. 2200
Seattle, WA  98101
(206) 462-7560

1  DATED this 28th day of January, 2016.

By: s/Alexander Potente
By: s/Eliot M. Harris

Alexander Potente, WSBA #48858
Eliot M. Harris, WSBA #36590
SEDGWICK LLP
520 Pike Tower, 520 Pike St, Ste. 2200
Seattle, WA 98101
Telephone: (206) 462-7560
Email:  alex.potente@sedgwicklaw.com
Email:  eliot.harris@sedgwicklaw.com

Attorneys for Defendant Arrowood Indemnity Company

DEFENDANT ARROWOOD INDEMNITY COMPANY'S RULE 7.1
CORPORATE DISCLOSURE STATEMENT - 2
No. 2:16-cv-00063-MJP
82770999v2

**Sedgwick, LLP**
520 Pike St, Ste. 2200
Seattle, WA  98101
(206) 462-7560

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Franklin Dennis Cordell<br>Haley K. Krug<br>GORDON TILDEN THOMAS & CORDELL LLP<br>1001 4th Avenue, Suite 4000<br>Seattle, WA 98154<br>206-467-6477<br>Fax: 206-467-6292<br>Email: fcordell@gordontilden.com<br>Email: hkrug@gordontilden.com<br><br>*Attorneys for Plaintiff Snohomish County* | Joseph B. Genster<br>Michael C Held<br>SNOHOMISH COUNTY PROSECUTING ATTORNEY (CIVIL)<br>Civil Division<br>3000 Rockefeller Avenue, M/S 504<br>Everett, WA 98201<br>206-623-1745<br>Fax: 623-7789<br>Email: joseph.genster@co.snohomish.wa.us<br>Email: mheld@co.snohomish.wa.us<br><br>*Attorneys for Plaintiff Snohomish County* |

Eric J. Neal
Thomas Lether
LETHER & ASSOCIATES PLLC
1848 Westlake Avenue North, Suite 100
Seattle, WA 98109
206-467-5444
Fax: 206-467-5544
Email: eneal@letherlaw.com
Email: tlether@letherlaw.com

*Attorneys for Defendant Crum & Forster Specialty Insurance Company*

Signed at Seattle, Washington this 28th day of January, 2016.

s/Maria S. Tiegen
Maria S. Tiegen
SEDGWICK LLP
520 Pike Street, Suite 2200
Seattle, WA 98101
Telephone: (206) 462-7560
Email: Maria.Tiegen@sedgwicklaw.com

DEFENDANT ARROWOOD INDEMNITY COMPANY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT - 3
No. 2:16-cv-00063-MJP
82770999v2

Sedgwick, LLP
520 Pike St, Ste. 2200
Seattle, WA 98101
(206) 462-7560