The Honorable Barbara Jacobs Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SNOHOMISH COUNTY, | NO. 2:16-cv-00063-BJR |
| Plaintiff, | ORDER STAYING CASE |
| v. | |
| ALLIED WORLD NATIONAL ASSURANCE COMPANY, ARROWOOD INDEMNITY COMPANY (f/k/a ROYAL INDEMNITY COMPANY), BERKLEY NATIONAL INSURANCE COMPANY, CLARENDON NATIONAL INSURANCE COMPANY, CRUM & FORSTER SPECIALTY INSURANCE COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, EVEREST NATIONAL INSURANCE COMPANY, FIREMAN'S FUND INSURANCE COMPANY OF WISCONSIN, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, INSURANCE COMPANY OF THE WEST, LEXINGTON INSURANCE COMPANY, NATIONAL CASUALTY COMPANY, THE PRINCETON EXCESS & SURPLUS LINES INSURANCE COMPANY and STARR INDEMNITY & LIABILITY COMPANY, | |
| Defendants. | |

ORDER STAYING CASE - 1
No. 2:16-cv-00063-BJR

IT IS HEREBY ORDERED that the Stipulated Motion to Stay is GRANTED.  This action is hereby stayed, with the following exceptions:

(1)  The three pending motions for summary judgment brought by the County, ICSOP, and Lexington shall not be stayed;

(2)  The County shall continue to provide Arrowood, ICSOP, Everest, and Starr, on a periodic basis as in the past, complete documentation of all defense costs incurred; and

(3)  The parties may move the Court while the stay is in effect to compel responses to any discovery that was served before the stay was entered, but: (a) only after the Court rules on the three pending motions for summary judgment; and (b) only with respect to those discovery requests that seek: (i) documentation of the defense costs incurred and paid by the County; (ii) documentation of the defense costs paid by any of the Defendants; and (iii) as between Defendants only, information concerning the trigger, allocation, and/or exhaustion of defense costs under and among the subject insurance policies.  All parties' positions and objections with respect to such discovery requests are preserved; and

(4)   All limitation periods for the defendants to assert cross claims for contribution, equitable contribution, indemnification, subrogation, and/or any other claims of any nature against one another are tolled throughout the pendency of the stay and for a minimum of thirty days after the expiration of the stay.

(5)   The parties will provide the Court with a periodic joint report on the status of the Underlying Litigation; the status reports are to be filed every 120 days from the date of this order.

(6)   The parties are to notify the Court within 7 days of any event or events which render this stay no longer necessary.

DATED this __8th__ day of _March_, 2017.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER STAYING CASE - 3
No. 2:16-cv-00063-BJR

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record:

DATED this 7th day of March, 2017.

*s/Franklin D. Cordell*
Franklin D. Cordell, WSBA #26392

ORDER STAYING CASE - 4
No. 2:16-cv-00063-BJR