# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

SNOHOMISH COUNTY,

    Plaintiff,

v.

ALLIED WORLD NATIONAL ASSURANCE COMPANY, et al.,

    Defendants.

Case No. C16-63 (BJR)

**ORDER**

IT IS HEREBY ORDERED that Defendants Allied World National Assurance Company, Berkley National Insurance Company, Clarendon National Insurance Company, Crum & Forster Specialty Insurance Company, Endurance American Insurance Company, Fireman's Fund Insurance Company of Wisconsin, National Casualty Company, and The Princeton Excess & Surplus Lines Insurance Company are dismissed from this action without prejudice.

Dated this 24th day of October, 2017.

*Barbara J. Rothstein*

Barbara Jacobs Rothstein
U.S. District Court Judge

1