UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SNOHOMISH COUNTY,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED WORLD NATIONAL ASSURANCE COMPANY, ARROWOOD INDEMNITY COMPANY (f/k/a ROYAL INDEMNITY COMPANY), BERKLEY NATIONAL INSURANCE COMPANY, CLARENDON NATIONAL INSURANCE COMPANY, CRUM & FORSTER SPECIALTY INSURANCE COMPANY, ENDURANCE AMERICAN INSURANCE COMPANY, EVEREST NATIONAL INSURANCE COMPANY, FIREMAN'S FUND INSURANCE COMPANY OF WISCONSIN, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, INSURANCE COMPANY OF THE WEST, LEXINGTON INSURANCE COMPANY, NATIONAL CASUALTY COMPANY, THE PRINCETON EXCESS & SURPLUS LINES INSURANCE COMPANY and STARR INDEMNITY & LIABILITY COMPANY,<br><br>Defendants. | NO. 2:16-cv-00063-BJR<br><br>STIPULATION AND ORDER OF DISMISSAL |

STIPULATION AND ORDER OF
DISMISSAL - 1
No. 2:16-cv-00063-BJR

**GORDON TILDEN THOMAS & CORDELL LLP**
600 University Street, Suite 2915
Seattle, WA 98101
Phone (206) 467-6477
Fax (206) 467-6292

# STIPULATION

Snohomish County filed this suit against its insurers, seeking coverage for several underlying lawsuits arising out of the March 2014 Oso Landslide. Specifically, the County was initially named a defendant in the following underlying litigation:

- *Pzonka v. Snohomish Cnty.*, King Cnty. Super. Ct. No. 14-2-18401-8 SEA (filed July 1, 2014);

- *Ward v. Snohomish Cnty.*, King Cnty. Super. Ct. No. 14-2-29255-4 SEA (filed Oct. 24, 2014);

- *Regelbrugge v. Washington*, King Cnty. Super. Ct. No. 15-2-01672-5 SEA (filed Jan. 21, 2015); and

- *Lester v. Snohomish Cnty.*, King Cnty. Super. Ct. No. 15-2-02098-6 SEA (filed Jan. 26, 2015).

("Oso I").

In March 2017, three additional lawsuits were filed against the County arising out of the same circumstances:

- *Bellomo et al. v. Snohomish County et. al.*, King Cnty. Super. Ct. No. 17-2-06738-5 SEA (filed March 21, 2017);

- *McPherson et al. v. Snohomish County et al.*, King Cnty. Super. Ct. No. 17-2-06726-1 SEA (filed March 21, 2017); and

- *Hadaway, et al. v. Snohomish County et al.*, King Cnty. Super. Ct. No. 17-2-06751-2 SEA (filed March 21, 2017).

("Oso II").

STIPULATION AND ORDER OF
DISMISSAL - 2
No. 2:16-cv-00063-BJR

GORDON TILDEN THOMAS & CORDELL LLP
600 University Street, Suite 2915
Seattle, WA 98101
Phone (206) 467-6477
Fax (206) 467-6292

As set forth in the parties' status report dated June 27, 2019 (Dkt. No. 255), the Washington Supreme Court denied the petitions for review of the Oso I cases, ending those actions. Additionally, following the Supreme Court's decisions, the remaining parties in the Oso II cases stipulated to the dismissal of those actions. As a result, the underlying claims for which the County sought insurance coverage in this action have been fully resolved.

Accordingly, the undersigned parties stipulate and agree that all claims asserted in this matter related to the County's insurance coverage for the claims that were or could have been brought by the plaintiffs in Oso I and II have been resolved and may be dismissed with prejudice and without an award of costs or fees to any party. It is expressly understood and agreed that the preclusive effect of this dismissal does not extend beyond the insurance claims for the Oso I and Oso II cases.

DATED this 12th day of September, 2019.

| **GORDON TILDEN THOMAS & CORDELL, LLP** | **MARK ROE, PROSECUTING ATTORNEY** |
|---|---|
| By *s/Chelsey L. Mam* | By *s/Joseph B. Genster* |
| Franklin D. Cordell, WSBA #26392 | Joseph B. Genster, WSBA 14968 |
| Chelsey L. Mam, WSBA #44609 | Michael C. Held, WSBA #19696 |
| Michael Brown, WSBA #45618 | Deputy Prosecuting Attorneys |
| Gregory D. Pendleton, WSBA #38361 | Snohomish County Prosecuting Attorney |
| Special Deputy Prosecuting Attorneys | Civil Division |
| for Plaintiff Snohomish County | Robert J. Drewel Bldg., 7th Floor |
| 600 University Street, Suite 2915 | 3000 Rockefeller Ave., M/S 504 |
| Seattle, Washington 98101 | Everett, WA 98201-4046 |
| fcordell@gordontilden.com | joseph.genster@co.snohomish.wa.us |
| cmam@gordontilden.com | mheld@co.snohomish.wa.us |
| mbrown@gordontilden.com | |
| gpendleton@gordontilden.com | *Attorneys for Plaintiff Snohomish County* |
| *Attorneys for Plaintiff Snohomish County* | |

STIPULATION AND ORDER OF DISMISSAL - 3
No. 2:16-cv-00063-BJR

GORDON TILDEN THOMAS & CORDELL LLP
600 University Street, Suite 2915
Seattle, WA 98101
Phone (206) 467-6477
Fax (206) 467-6292

| | |
|---|---|
| **CLYDE & CO US, LLP** | **MERRICK, HOFSTEDT & LINDSEY, P.S.** |
| By s/*Alexander Potente* | By s/*David S. Cottnair* |
|    Alexander Potente, WSBA #48858 |    David S. Cottnair, WSBA #28206 |
|    Lennell T. McCallum* |    3101 Western Avenue, Suite 200 |
|    101 2nd Street, Suite 2400 |    Seattle, WA 98121 |
|    San Francisco, CA 94105 |    dcottnair@mhlseattle.com |
|    alex.potente@clydeco.us | |
|    Lenell.mccallum@clydeco.us | ***Attorneys for Defendant Insurance Company*** |
|    *Admitted Pro Hac Vice* | ***of the West*** |
| | |
| ***Attorneys for Defendant Arrowood*** | |
| ***Indemnity Company*** | |
| | |
| **CLYDE & CO US, LLP** | **MURPHY, PEARSON, BRADLEY & FEENEY** |
| By s/ *Robert A. Meyers* | By s/*Nicholas C. Larson* |
|    Robert A. Meyers, WSBA #24846 |    Nicholas C. Larson, WSBA #46034 |
|    701 Fifth Avenue, Ste 4200 |    88 Kearny Street, 10th Floor |
|    Seattle, WA 98104 |    San Francisco, CA 98108 |
|    Bob.Meyers@clydeco.us |    nlarson@mpbf.com |
| | |
| Lawrence Klein* | Mark T. Whitford, Jr.* |
| Robinson & Cole LLP | Anthony J. Piazza* |
| 666 Third Avenue, 20th Floor | Barclay Damon, LLP |
| New York, NY 10017 | 2000 HSBC Plaza |
| lklein@rc.com | 100 Chestnut Street |
| *Admitted Pro Hac Vice* | Rochester, NY 14604 |
| | mwhitford@barclaydamon.com; |
| ***Attorneys for The Insurance Company of*** | apiazza@barclaydamon.com |
| ***the State of Pennsylvania*** | *Admitted Pro Hac Vice* |
| | |
| | ***Attorneys for Defendant Everest National*** |
| | ***Insurance Company*** |
| **DLA PIPER LLP (US)** | |
| By s/*Anthony Todaro* | |
|    Anthony Todaro, WSBA #30391 | |
|    701 Fifth Avenue, Suite 7000 | |
|    Seattle, WA 98104 | |
|    Anthony.todaro@dlapiper.com | |
| | |
| Michael P. Murphy* | |

STIPULATION AND ORDER OF
DISMISSAL - 4
No. 2:16-cv-00063-BJR

1  R. Brian Seibert*
2  DLA Piper LLP (US)
3  1251 Avenue of the Americas
4  New York, NY 10020
5  Michael.murphy@dlapiper.com
6  Brian.seibert@dlapiper.com
7  *Admitted Pro Hac Vice
8
9  **Attorneys for Defendant Starr Indemnity &**
10 **Liability Company**

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

STIPULATION AND ORDER OF
DISMISSAL - 5
No. 2:16-cv-00063-BJR

GORDON TILDEN THOMAS & CORDELL LLP
600 University Street, Suite 2915
Seattle, WA 98101
Phone (206) 467-6477
Fax (206) 467-6292

# ORDER

Pursuant to the above stipulation, IT IS HEREBY ORDERED that all claims between Snohomish County and the Defendant Insurers arising from the County's claim for insurance coverage for the Oso I and Oso II litigation are DISMISSED WITH PREJUDICE. Each party shall bear its own costs and fees incurred.

DATED this 12th day of September, 2019.

*[signature]*
Hon. Barbara Jacobs Rothstein
United States District Court Judge

STIPULATION AND ORDER OF
DISMISSAL - 6
No. 2:16-cv-00063-BJR

GORDON TILDEN THOMAS & CORDELL LLP
600 University Street, Suite 2915
Seattle, WA 98101
Phone (206) 467-6477
Fax (206) 467-6292